UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARELIS ROSA,

    Plaintiff,

v.	Case No. 6:22-cv-1354-RBD-EJK

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties moved for approval of their settlement agreement (Doc. 18-1 ("Agreement")). (Doc. 18 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd entered a Report and Recommendation recommending that the Court grant the Motion. (Doc. 19 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 16) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 18) is **GRANTED**.

3. The Agreement (Doc. 18-1) is **APPROVED** as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 5, 2023.

ROY B. DALTON JR.
United States District Judge